**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DENISE BROUSSARD, INDIVIDUALLY AND ON BEHALF OF HER MINOR DAUGHTER, N. B.** | **CIVIL ACTION** |
| | **NUMBER:** |
| **vs.** | **SECTION:** |
| **LABORATORY CORPORATION OF AMERICA, LABORATORY CORPORATION OF AMERICA HOLDINGS D/B/A and LABCORP CORPORATION** | **DIVISION:** |

**COMPLAINT FOR DAMAGES**

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The complaint of Denise Broussard, a person of the full age of majority, individually and on behalf of her minor daughter, N.B., with respect represents that:

1.

Plaintiff, Denise Broussard, individually and on behalf of her minor daughter, N.B., are residents of and domiciled in Lafourche Parish, Louisiana.

2.

Defendants, Laboratory Corporation of America, Laboratory Corporation of America Holdings, d/b/a and LabCorp Corporation ("LabCorp"), is/are foreign corporations, and are authorized to do and doing business in Louisiana and within the jurisdiction of this Honorable Court.

3.

This Court has jurisdiction over plaintiff's action against defendants pursuant to 28 U.S.C. § 1332(a) because the requisite diversity of citizenship exists and the amount in controversy is greater than $75,000.00, exclusive of interest and costs.

4.

On or about August 5, 2013, plaintiff presented to the medical office of Dr. Natchez Morice in Thibodaux, Louisiana and within the jurisdiction of this Honorable Court.

5.

On August 5, 2013, plaintiff gave consent to blood testing, including HIV testing, and blood specimens were drawn.

6.

Plaintiff gave birth to N.B. on February 5, 2014 at Thibodaux Regional Medical Center.

7.

On June 10, 2014, plaintiff learned she was HIV positive and on or about July 1, 2014 plaintiff learned that N.B. was also HIV positive.

8.

Medical records obtained personally by plaintiff from the office of Dr. Natchez Morice on August 25, 2014 show that the HIV test result was "Pending."

9.

Plaintiff's counsel then obtained a certified copy of plaintiff's entire chart from Dr. Natchez Morice on or about September 23, 2014, including the HIV and all other blood test results, and the HIV test result is shown as "Pending."

10.

Counsel for plaintiff then received a certified copy of Thibodaux Regional Medical Center's medical records of Denise Broussard and N.B. on or about May 21, 2015, which were produced by counsel for Thibodaux Regional Medical Center; also produced were "Other Facility Records for Denise Broussard" which were prenatal records provided by Dr. Natchez Morice to the hospital. None of these records contain a result of HIV testing performed on plaintiff.

11.

N.B. would not have been infected with HIV virus and Denise Broussard's HIV status would have been treated earlier and yielded a better result but for negligence of the defendants in failing to timely notify the proper parties of Denise Broussard's HIV status.

12.

As a result of these incidents, plaintiff, Denise Broussard was unable to obtain earlier treatment and is at greater risk for HIV to develop into AIDS; she has suffered severe and keen

mental anguish and emotional distress; she has required medical care and treatment for her injuries/illness and the residuals thereof; she has incurred medical and related expenses, and she will continue to incur such expenses in the future; she has sustained residual and permanent disabilities and impairments, both physical and mental; she has suffered a loss of enjoyment of life and nervousness, depression and anxiety; she will require additional medical and/or hospital care in the future; all for which plaintiff is entitled to recover damages from defendants in all amounts reasonable under the premises.

13.

As a result of these incidents, N.B. became infected with the HIV virus due to transmission during her delivery, and/or was unable to obtain earlier treatment and is at greater risk from HIV to develop into AIDS; she will suffer severe and keen mental anguish and emotional distress; she has required medical care and treatment for her injuries/illness and the residuals thereof; she has incurred medical and related expenses and she will continue to incur such expenses in the future; she has and will sustain residual and permanent disabilities and impairments, both physical and mental; she has and will continue to suffer a loss of enjoyment of life and nervousness, depression and anxiety; she will require additional medical and/or hospital care in the future; all for which she is

entitled to recover damages from defendants in all amounts as are reasonable under the premises.

14.

The aforesaid incidents and the injuries and damages to plaintiff and her minor daughter were legally and proximately caused by the fault, including negligence, of defendants, Laboratory Corporation of America, Laboratory Corporation of America Holdings d/b/a and LabCorp Corporation and its officers, agents, employees, and those for whom it is legally responsible.

**WHEREFORE**, plaintiff, Denise Broussard, individually and on behalf of her minor daughter, N.B., prays that defendants, Laboratory Corporation of America, Laboratory Corporation of America Holdings d/b/a and LabCorp Corporation, be served with a copy of this Complaint for Damages and that they be duly cited to appear and answer same and that, after due proceedings are had, plaintiff prays for judgment in her favor and in her daughter's favor, and against defendants for all amounts as are reasonable under the premises, such sums with legal interest thereon from date of judicial demand, including prejudgment interest and interest from the date a medical review panel request was filed with the Louisiana Division of Administration, for all costs of these proceedings, for all general and equitable relief, and for trial by jury.

Dated:     September 8, 2015

                Respectfully submitted,

                **GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:*s/ Robert J. David*
    **ROBERT J. DAVID (BAR NO. 4704)**
    **WALTER C. MORRISON (BAR NO. 34687)**
    **RACHEL A. STERNLIEB (BAR NO. 35338)**
    2800 Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana 70163-2800
    Telephone:  (504) 522-2304
    Facsimile:  (504) 528-9973
    E-mail:  rdavid@gainsben.com
    E-mail:  wmorrison@gainsben.com
    E-mail:  rsternlieb@gainsben.com

    *Attorneys for Plaintiffs, Denise Broussard, individually and on behalf of N.B.*

**PLEASE SERVE**:

LABORATORY CORPORATION OF AMERICA
D/B/A and LABCORP CORPORATION
**Through its agent for service**:
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

LABORATORY CORPORATION OF AMERICA
At its domicile address:
1209 Orange Street
Wilmington, DE 19801

LABORATORY CORPORATION OF AMERICA
D/B/A and LABCORP CORPORATION
At its principal business office:
358 South Main Street
Burlington, NC 27215

LABORATORY CORPORATION OF AMERICA
D/B/A and LABCORP CORPORATION
Principal business establishment in Louisiana:
3901 Houma Blvd.
Doctors Row
Metairie, LA 70006

LABORATORY CORPORATION OF AMERICA HOLDINGS
**Through its agent for service**:
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

LABORATORY CORPORATION OF AMERICA HOLDINGS
At its domicile address:
1209 Orange Street
Wilmington, DE 19801

LABORATORY CORPORATION OF AMERICA HOLDINGS
At its principal business office:
231 Maple Avenue
Burlington, NC 27215

[SERVICE CONTINUES ON THE NEXT PAGE]

LABORATORY CORPORATION OF AMERICA HOLDINGS
At its registered office in Louisiana:
320 Somerulos Street
Baton Rouge, La 70802-6129