UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENISE BROUSSARD, INDIVIDUALLY AND ON BEHALF OF HER MINOR DAUGHTER, N.B. | CIVIL ACTION |
| | CASE NO: 15-4184 |
| VERSUS | SECTION: "G" (2) |
| LABORATORY CORPORATION OF AMERICA, *et al*. | DIVISION: |

<u>**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**</u>

The First Supplemental and Amending for Damages of Plaintiff Denise Broussard, individually and on behalf of her minor daughter, N.B., a person of the full age of majority, with respect represents that:

1.

Plaintiff, Denise Broussard, is a resident of and domiciled in Lafourche Parish, Louisiana.

2.

Made Defendants herein are the following:

a. Defendant, Laboratory Corporation of America d/b/a and LabCorp Corporation ("LabCorp"), upon information and belief, a foreign corporation, organized and existing under and pursuant to the laws of Delaware or North Carolina with its principle place of business in Wilmington, Delaware or Burlington, North Carolina, and at all times pertinent hereto, it was authorized to do and/or doing business in Louisiana and within the jurisdiction of this Honorable Court.

b. Defendant, Laboratory Corporation of America Holdings, upon information and belief, a foreign corporation, organized and existing under and pursuant to the laws of

Delaware or North Carolina with its principle place of business in Wilmington, Delaware or Burlington, North Carolina, and at all times pertinent hereto, it was authorized to do and/or doing business in Louisiana and within the jurisdiction of this Honorable Court.

3.

This Court has jurisdiction over plaintiff's action against defendants pursuant to 28 U.S.C. § 1332(a) because the requisite diversity of citizenship exists and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4.

Plaintiff asserts her claims against defendants under the laws of Louisiana and under any other federal statute which may be applicable.

5.

Plaintiff reiterates, realleges and reavers each and every other allegation of her original Complaint for Damages as if fully set forth at length herein.

6.

Plaintiff is entitled to trial by jury.

**WHEREFORE**, plaintiff, Denise Broussard, individually and on behalf of her minor daughter, N.B., prays that defendants, Laboratory Corporation of America d/b/a LabCorp Corporation and Laboratory Corporation of America Holdings, be served with a copy of this First Supplemental and Amending Complaint for

Damages and that they be duly cited to appear and answer same and that, after due proceedings are had, plaintiff prays for judgment in her favor and in her daughter's favor, and against defendants for all amounts as are reasonable under the premises, such sums with legal interest thereon from date of judicial demand, including prejudgment interest and interest from the date a medical review panel request was filed with the Louisiana Division of Administration, for all costs of these proceedings, for all general and equitable relief, and for trial by jury.

Dated:     September 10, 2015

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID,**
**MEUNIER & WARSHAUER, L.L.C.**

BY:*s/ Robert J. David*
**ROBERT J. DAVID (BAR NO. 4704)**
**WALTER C. MORRISON(BAR NO. 34687)**
**RACHEL A. STERNLIEB(BAR NO. 35338)**
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone:  (504) 522-2304
Facsimile:  (504) 528-9973
E-mail:  rdavid@gainsben.com
E-mail:  wmorrison@gainsben.com
E-mail:  rsternlieb@gainsben.com

*Attorneys for Plaintiffs, Denise*
*Broussard, individually and on*
*behalf of N.B.*

**PLEASE SERVE**:

LABORATORY CORPORATION OF AMERICA
D/B/A and LABCORP CORPORATION
**Through its agent for service:**
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

LABORATORY CORPORATION OF AMERICA
D/B/A and LABCORP CORPORATION
At its domicile address:
1209 Orange Street
Wilmington, DE 19801

LABORATORY CORPORATION OF AMERICA
D/B/A and LABCORP CORPORATION
At its principal business office:
358 South Main Street
Burlington, NC 27215

LABORATORY CORPORATION OF AMERICA
D/B/A and LABCORP CORPORATION
Principal business establishment in Louisiana:
3901 Houma Blvd.
Doctors Row
Metairie, LA 70006

LABORATORY CORPORATION OF AMERICA HOLDINGS
**Through its agent for service:**
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

LABORATORY CORPORATION OF AMERICA HOLDINGS
At its domicile address:
1209 Orange Street
Wilmington, DE 19801

LABORATORY CORPORATION OF AMERICA HOLDINGS
At its principal business office:
231 Maple Avenue
Burlington, NC 27215

LABORATORY CORPORATION OF AMERICA HOLDINGS
At its registered office in Louisiana:
320 Somerulos Street
Baton Rouge, La 70802-6129