UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENISE BROUSSARD, INDIVIDUALLY AND ON BEHALF OF HER MINOR DAUGHTER, N.B. | CIVIL ACTION<br><br>CASE NO: 15-4184 |
| VERSUS | SECTION: "G" (2) |
| LABORATORY CORPORATION OF AMERICA, *et al*. | |

## ORDER ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**CONSIDERING THE FOREGOING** Unopposed Motion for Voluntary Dismissal with Prejudice filed by Plaintiff, Denise Broussard, individually and on behalf of her minor daughter, N.B.;

**IT IS HEREBY ORDERED** that the Motion for Voluntary Dismissal with Prejudice is **GRANTED,** and that all claims and demands of the plaintiff, Denise Broussard, individually and on behalf of her minor daughter, N.B., against the defendants, Laboratory Corporation of America and Laboratory Corporation of America Holdings, are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 14th day of June, 2016.

*Nannette Jolivette Brown*
UNITED STATES DISTRICT JUDGE